# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 600 MAL 2015

       Respondent

       v.

TYREE VINCE CURRY-BERRY,

       Petitioner

Petition for Allowance of Appeal from the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.